UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LARRY D. GRAVES,<br>    Appellant, | )<br>)<br>) |
| v. | )  No. 3:06-CV-147<br>)  (Phillips) |
| BGSA, LLC and<br>CBBC OF BLOUNT COUNTY,<br>    Appellees. | )<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the court **AFFIRMS** the decision of the bankruptcy court granting the motion to dismiss appellant's complaint for lack of subject matter jurisdiction. Accordingly, this matter is **DISMISSED.**

    IT IS SO ORDERED.

                  ENTER:

                              s/ Thomas W. Phillips
                            United States District Judge